UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-325 1BO
NO. 5:12-CR-325 2BO
NO. 5:12-CR-325-3BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ALMONMONICK DELSHRON BULLOCK ) | |
| ANGELA RENE WILKERSON ) | |
| PATRICK ONEIL COOPER ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 78 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendants' attorneys.

This the 26 day of April, 2013.

Terrence W. Boyle
United States District Judge