UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-325 1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALMONMONICK DELSHRON BULLOCK | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 86 in the above-captioned case be sealed by the Clerk.

This the 29 day of April, 2013.

Terrence W. Boyle
United States District Judge